IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-02475-WDM-MJW

RICARDO GONZALES GUTIERREZ,

Plaintiff(s),

v.

STATE OF COLORADO PUBLIC DEFENDER,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that the plaintiff's Motion to Amend Complaint (Docket No. 16) is denied without prejudice for failure to comply with D.C.COLO.LCivR 7.1(A) (Duty to Confer).

Date:   March 16, 2007